# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 1, 2021

Lyle W. Cayce
Clerk

No. 20-30645
Summary Calendar

BANK OF LOUISIANA, AND AFFILIATED PARTIES; G. HARRISON
SCOTT; JOHNNY C. CROW; SHARRY R. SCOTT,

*Plaintiffs—Appellants*,

*versus*

FEDERAL DEPOSIT INSURANCE CORPORATION,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC 2:20-CV-1697

Before WIENER, SOUTHWICK, and DUNCAN, *Circuit Judges*.

PER CURIAM:*

The Bank of Louisiana again asks this court to hold a district court may review Federal Deposit Insurance Corporation ("FDIC") orders arising from the FDIC's enforcement proceedings against it. We have already held

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

that the district court properly dismissed the Bank's claims for lack of subject matter jurisdiction. *Bank of Louisiana v. FDIC*, 919 F.3d 916, 930 (5th Cir. 2019). The Bank makes no attempt to grapple with our decision in *Bank of Louisiana* and it raises the very same arguments now as it did before us in that case. The Bank's arguments are duplicative and meritless. We therefore AFFIRM the district court's dismissal for lack of jurisdiction. All pending motions are DENIED.